IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RHONDA CALAWAY                                                              PLAINTIFF

v.                        Case No. 4:09-cv-61-DPM

PRACTICE MANAGEMENT
SERVICES, INC., and RICHARD
JOHNS, M.D.                                                                 DEFENDANTS

ORDER

The Arkansas Supreme Court has not yet answered the certified question in this case, but has scheduled oral argument for next week. The jury trial is therefore continued to the week of 1 August 2011. The motion to hold all deadlines in abeyance, *Document No. 36*, is denied as moot. An amended final scheduling order will issue in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 Oct. 10