IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RHONDA CALAWAY                                                              PLAINTIFF

v.                             Case No. 4:09-cv-61-DPM

PRACTICE MANAGEMENT
SERVICES, INC., and RICHARD
JOHNS, M.D.                                                                 DEFENDANTS

ORDER

In its 5 July 2011 Order, the Court conditioned dismissal of Calaway's complaint on her payment of the costs and fees the that Defendants will lose if she refiles her case. The Court gave the Defendants until July 15th to file a list of their sunk costs and fees. It is now August, and the Defendants have offered nothing on this point. *Document No. 90.* The Court therefore modifies its July 5th Order. Calaway's complaint is dismissed without prejudice and without conditions.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*3 August 2011*