IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RHONDA CALAWAY                                              PLAINTIFF

v.                    Case No. 4:09-cv-61-DPM

PRACTICE MANAGEMENT
SERVICES, INC., and RICHARD
JOHNS, M.D.                                                 DEFENDANTS

## JUDGMENT

Rhonda Calaway's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2011